# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **ED CV 21-125 JFW(SHKx)** | Date: August 23, 2021 |
| Title: | Ignacio Corona -v- UFP Riverside, LLC, et al.. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

    In the Court's Scheduling and Case Management Order ("CMO"), filed February 17, 2021 (Docket No. 20), the Court set August 9, 2021 as the last day to conduct a Settlement Conference, and August 13, 2021 as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Joint Report Regarding Settlement Conference, filed on August 19, 2021 (Docket No. 21), it appears that the parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of August 9, 2021 and for failing to file a Joint Report by August 13, 2021.

    Accordingly, the parties are ordered to show cause in writing by **August 25, 2021,** why the Court should not impose sanctions in the amount of $1,500.00 on lead counsel for the parties or dismiss this action for violating the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Deputy Clerk  sr